Certificate Number: 03088-PAE-DE-033857499

Bankruptcy Case Number: 19-14385



03088-PAE-DE-033857499

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 20, 2019</u>, at <u>2:55</u> o'clock <u>PM CST</u>, <u>Richard DoPadre</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 20, 2019</u>              By:     <u>/s/Doug Tonne</u>

                                            Name:   <u>Doug Tonne</u>

                                            Title:  <u>Counselor</u>