UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Robert doPadre<br>Stacy A. doPadre | : Case No.: 19-14385(ELF) |
| Debtor(s) | : Chapter 7 |

## **MOTION TO REOPEN**

The Debtors hereby respectfully request this Honorable Court reconsider its Order closing the Debtor's Chapter 7 Bankruptcy in order to obtain discharge, and aver the following:

1. The Debtors filed the instant Chapter 13 Bankruptcy on or about July 11, 2019.

2. Said Bankruptcy was issued case number 19-14385.

3. On or about July 11, 2019 and December 16, 2019, counsel provided Debtors with instructions to complete the Personal Financial Management Course.

4. On or about November 1, 2019, counsel instructed Debtors to complete the started Personal Financial Management course.

5. On or about November 18, 2019 the Court closed the instant bankruptcy case without discharge for Failure to Submit Certification of Instructional Course for Personal Financial Management.

6. The Debtors' completed their Certification Debtor Education Financial Management Course and it was filed on December 20, 2019 at docket numbers 22 and 23.

7. The Debtor's believed that once they completed the Financial Management course that their bankruptcy was complete, leading to a breakdown in communication resulting in the Debtors not being responsive to communication from counsel until recently, leading to the instant motion.

**WHEREFORE**, the Debtors humbly request that this Court reopen the instant Chapter 7 Bankruptcy, and reinstate the Debtors' Bankruptcy case in order for the Debtors to obtain a discharge.

Dated: September 22, 2020

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
Sadek and Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008